An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT E. FORD,
Appellant,
vs.
SEARCHLIGHT HIGHWAY, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondent.

No. 65626

FILED

NOV 07 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' October 21, 2014, stipulation to dismiss this appeal is approved. Accordingly, this appeal is dismissed. NRAP 42(b). The parties shall bear their own costs and fees.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Durham Jones & Pinegar
Law Offices of John M. Netzorg
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-36857